# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY MORRIS BRANDON,
Petitioner,
vs.
THE ELEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
MINERAL,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79536

FILED

SEP 1 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
  DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus in which petitioner seeks a writ directing the district court to resolve his petition for sentence modification.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

19-39053

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.        _____ , J.
Pickering                                        Hardesty

cc:    Tony Morris Brandon
       Attorney General/Carson City
       Mineral County District Attorney
       Mineral County Clerk